UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 24  P 3: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SPEEDERA NETWORKS, INC.<br><br>Defendant. | Civil Action No. 02-10188 RWZ<br>Civil Action No. 03-10934 RWZ<br>(Consolidated)<br><br>JURY TRIAL REQUESTED |

## JOINT MOTION TO AMEND PROTECTIVE ORDER

Plaintiff Akamai Technologies, Inc. ("Akamai") and Defendant Speedera Networks, Inc. ("Speedera") jointly request that the Court amend Paragraph 21 of the Stipulated Protective Order entered into in the above captioned consolidated actions on August 7, 2002 to read as follows:

> 21. All notices required by this Order are to be served via facsimile with confirmation by regular mail to the appropriate Counsel of Record. The date by which a party receiving a notice shall respond, or otherwise take action, shall be computed from the date indicating that the facsimile was transmitted.

This proposed language substitutes the phrase "appropriate Counsel of Record" for the names of prior counsels' firms (Banner & Witcoff Ltd. and Fenwick & West LLP).

Dated: May 24, 2004

                                       Respectfully submitted,

                                       Robert S. Frank, Jr. (BBO #177240)
                                       Sarah Chapin Columbia (BBO #550155)
                                       Eric J. Marandett (BBO #561730)
                                       Daniel C. Winston (BBO #562209)
                                       Carlos Perez-Albuerne (BBO #640446)
                                       CHOATE, HALL & STEWART
                                       Exchange Place
                                       53 State Street
                                       Boston, MA  02109
                                       (617) 248-5000

Attorneys for Plaintiff
AKAMAI TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of Joint Motion to Amend Protective Order was served via overnight mail upon Defendant Speedera Networks, Inc. by delivering a copy of same to:

> Timothy C. Blank
> DECHERT LLP
> 200 Clarendon Street
> 27th Floor
> Boston, MA 02116-5021
> 617-728-7154
> 617-426-6567 (fax)

and by delivering courtesy copies via U.S. mail, postage prepaid, first class, and facsimile to:

| | |
|---|---|
| Daniel Johnson, Jr. | John W. Keker |
| Darryl M. Woo | Daralyn J. Durie |
| Sean P. DeBruine | Michael Celio |
| Brenda Simon | KEKER & VAN NEST LLP |
| FENWICK & WEST LLP | 710 Sansome Street |
| Silicon Valley Center | San Francisco, CA 94111 |
| 801 California Street | 415-391-5400 |
| Mountain View, CA 94041 | 415-397-7188 (fax) |
| 650-988-8500 | |
| 650-938-5200 (fax) | |

Dated: May 24, 2004

_/s/ Naomi A. Bass_
Naomi A. Bass

CHOATE, HALL & STEWART
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804
TELEPHONE (617) 248-5000 • FAX (617) 248-4000
WWW.CHOATE.COM

NAOMI BASS
DIRECT DIAL: (617) 248-5066
EMAIL: NBASS@CHOATE.COM

FILED
IN CLERKS OFFICE
2004 MAY 24 P 3: 21
U.S. DISTRICT COURT
DISTRICT OF MASS.

May 24, 2004

**BY HAND**

Clerk of Court - Civil
UNITED STATES DISTRICT COURT
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, Massachusetts 02210

    Re:   *Akamai Technologies, Inc. v. Speedera Networks, Inc.*
          *Civil Action No. 02-10188 RWZ /03-10934 RWZ (Consolidated)*

Dear Sir or Madam:

Enclosed for filing in the above-referenced matter please find the following:

1. Joint Motion to Amend Protective Order

2. Certificate of Service.

    Kindly date-stamp the enclosed copy of this letter, and provide it to the waiting messenger for return delivery to me. Thank you for your attention to this matter. If you have any questions or concerns, or if you need additional information, please do not hesitate to contact me.

                                Very truly yours,

                                Naomi A. Bass

Enclosures

cc:    All Counsel Listed on Certificate of Service (w/encl.)

3701854v1